In the Matter of the Probate of the Will of EMMA B. JOHNSON, Deceased.

NORMAN W. ROE, as Executor of EMMA B. JOHNSON, Deceased, et al., Appellants; NORMA D. OWEN et al., Respondents.

Argued October 15, 1940; decided December 4, 1940.

*Archibald R. Watson, John R. Vunk, George H. Carleton* and *Harold Ashare* for Norman W. Roe, as executor, etc., appellant.

*Edward I. Devlin, Jr., Gerald Fitzgerald* and *Robert H. Wilson, Jr.*, for Saint Faith's House et al., appellants.

*Archibald R. Watson* and *George C. Terry* for George H. Payne, as temporary administrator, etc., appellant.

*Frederick M. Schlater* for respondents.

Order affirmed, with costs to all parties filing a brief payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, SEARS and CONWAY, JJ. Dissenting: FINCH, RIPPEY and LEWIS, JJ.